IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 1:21-cv-00410-CNS-MEH

ROY WHITE, individually and on behalf of all others similarly situated,

    Plaintiff,

v.

GENERAL MOTORS LLC,

    Defendant.

---

## FINAL JUDGMENT

---

In accordance with the orders filed during the pendency of this case, and pursuant to Fed. R. Civ. P. 58(a), the following Final Judgment is hereby entered.

Pursuant to the Order [Docket No. 133] of United States District Judge Charlotte N. Sweeney entered on September 17, 2024, it is

ORDERED that Defendant General Motors LLC's Motion for Summary Judgment [Docket No. 97] is GRANTED.  It is further

ORDERED that judgment shall enter in favor of defendant and against plaintiff.  It is further

ORDERED that defendant is awarded its costs, to be taxed by the Clerk of the Court pursuant to Fed. R. Civ. P. 54(d)(1) and D.C.COLO.LCivR 54.1.  It is further

ORDERED that this case is closed.

Dated: September 17, 2024.

FOR THE COURT:

Jeffrey P. Colwell, Clerk

By: s/ S. Grimm
    Deputy Clerk